# Court of Appeals
# of the State of Georgia

ATLANTA, June 15, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1320. TRINICIA PRESSLEY v. KAMINI SHALLU MITTAL et al.

Kamini Shallu Mittal and Sunil Mittal have filed a motion to dismiss this appeal based on Trinicia Pressley's failure to timely file an appellate brief. The record shows that the appeal was docketed on April 12, 2021, and Pressley's appellate brief therefore was due to be filed on Monday, May 3, 2021. See Court of Appeals Rule 23 (a) ("Appellant's brief shall be filed within 20 days after the appeal is docketed."). On May 11, 2021, well after the deadline for filing an appellate brief had passed, this Court permitted Pressley's attorney to withdraw as counsel of record for Pressley, noting that Pressley consented to the withdrawal. As of the date of this order, Pressley has failed to file an appellate brief or any other filing in this Court. It is well-established that an appellant's failure to file a brief may result in dismissal of the appeal. Court of Appeals Rule 23 (a). Accordingly, the Mittals' motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/15/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.